UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SAMANTHA B., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 1:25-cv-00004-MSM-PAS |
| FRANK BISIGNANO, Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

ORDER

Mary S. McElroy, United States District Judge.

On October 24, 2025, Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation ("R&R") (ECF No. 15) recommending that the Court grant the plaintiff, Samatha B.'s, Motion to Reverse the Decision of the Commissioner of Social Security (ECF No. 10) and order a remand for further proceedings, not for an award of benefits. Further, the Magistrate Judge recommended that the Defendant's Motion for an Order Affirming the Decision of the Commissioner (ECF No. 12) be denied. After having carefully reviewed the relevant papers, and having heard no objections, the Court ACCEPTS the R&R and ADOPTS the recommendations and reasoning set forth therein.

Accordingly, Plaintiff's Motion to Reverse the Decision of the Commissioner of Social Security (ECF No. 10) is GRANTED, and the Defendant's Motion for an Order Affirming the Decision of the Commissioner (ECF No. 12) is DENIED. Final

1

judgment shall enter for the Plaintiff remanding this case for additional administrative proceedings consistent with this Order.

IT IS SO ORDERED.

_/s/ Mary S. McElroy_
Mary S. McElroy
United States District Judge

November 25, 2025